IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOLLHOUSE INVESTMENTS, LLC<br>in its own right and derivatively<br>on behalf of Ferry Street Holdings, LLC<br>and Ferry Street Hospitality, LLC<br>*Plaintiff*<br><br>v.<br><br>STEVEN E. LAU, *et al.*,<br>*Defendants* | CIVIL ACTION<br><br>NO. 16-5665 |

# ORDER

**AND NOW**, this 12th day of July 2017, upon consideration of Defendants' *motions to dismiss*, [ECF 21, 23], Plaintiff's oppositions thereto, [ECF 27, 29], Defendants' reply briefs in support of their motions to dismiss, [ECF 35, 36], and the allegations contained in Plaintiff's amended complaint, [ECF 19], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motions to dismiss are **GRANTED**, and this action is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*